JACK ANDERSON v. THE STATE.

No. 2624.   Decided June 27, 1913.

**Local Option—Jury Commissioners—Indictment.**

Where the indictment was found by a grand jury which had not been duly drawn by a legally constituted jury commission, the same was insufficient, and bad on motion in arrest of judgment.

Appeal from the District Court of Harrison.   Tried below before the Hon. H. T. Lyttleton.

Appeal from a conviction of a violation of the local option law; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*M. P. McGee* and *M. B. Parchman,* for appellant.

*C. E. Lane,* Assistant Attorney-General, and *R. A. Hall,* County Attorney, for the State.

PRENDERGAST, JUDGE.—Appellant was convicted for unlawfully selling intoxicating liquor,—a felony.

The indictment in this case was found by the same grand jury and under precisely the same state of facts as in the case of Woolen v. State, 150 S. W. Rep., 1165, and Mayfield v. State, 151 S. W. Rep., 303.   The question was properly raised and saved in the lower court and presented in this.   The question was so fully stated and discussed in said cases it is unnecessary to further state or discuss this case.

The indictment being void, the judgment is reversed and the cause ordered dismissed.

*Reversed and dismissed.*